# United States District Court
## Southern District of Ohio

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 121
Columbus, Ohio 43215

James Bonini
Clerk of Court

Telephone:  614.719.3000
Facsimile:  614.719.3005



FILED
JAMES BONINI
CLERK

2012 JUN 26 AM 10: 13

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

### Related Case Memorandum

### Civil Cases

TO:  (Judge Dlott, Judge Marbley, and Judge Smith)

FROM:  Paula Economus-Stout, Case Administrator

DATE:  June 22, 2012

SUBJECT:  Related cases re: 2:12-cv-562, 2:06-cv-896, and 1:10-cv-820

Case Caption:  Service Employees International Union Local 1 v. Jon Husted et al
Case Number:  2:12-cv-00562-GCS-MRA
File Date:  6/22/2012

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:  The Northeast Ohio Coalition for the Homeless et al v. Husted
Case Number:  2:06-cv-00896-ALM-TPK
File Date:  10/24/2006

Case Caption:  Hunter v. Hamilton County Board of Elections et al
Case Number:  1:10-cv-00820
File Date:  11/21/2010

1

The District Judges having conferred, we respond to Case Administrator <u>Paula Economus-Stout</u> as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Marbley___.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge